**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **Nsilo Afonso Da Costa,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**David Wesling, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-13860-NMG** |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Nsilo Afonso Da Costa ("petitioner" or "Costa"). He contends that David Wesling and other named respondents ("respondents") have subjected him to mandatory detention in violation of his rights under the Fifth Amendment to the United States Constitution.

Based upon the reasons set forth in Guerrero Orellana v. Moniz, No. 25-2152, 2026 WL 2352042 (1st Cir. Aug. 13, 2026), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**. The Court directs that Costa is to be released unless he is afforded a bond hearing that complies with the standards

in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: August 27, 2026